THE KNICKERBOCKER LIFE INSURANCE COMPANY, Respondent,
v. CHARLES A. HILL, Appellant.

(Argued January 26, 1877; decided February 6, 1877.)

*John R. Kuhn* for the appellant.

*Johnson & Cantine* for the respondent.

AGREE to affirm on opinion of GILBERT, J., in court below.
All concur.
Judgment affirmed.